NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYMOND E. STAUFFER,**
*Plaintiff-Appellant,*

v.

**BROOKS BROTHERS, INC.**
**and RETAIL BRAND ALLIANCE, INC.,**
*Defendants-Appellees,*

v.

**UNITED STATES,**
*Movant-Cross Appellant.*

---

2009-1428, -1430, -1453

---

Appeals from the United States District Court for the Southern District of New York in 08-CV-10369, Judge Sidney H. Stein.

---

## ON MOTION

---

## ORDER

CIBA Vision Corporation, appearing as amicus curiae, submits a motion for leave to file a notice of supplemental authority.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this case. Copies of this order, the motion, and any responses should be transmitted to the merits panel.

FOR THE COURT

**JUN 0 9 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Raymond E. Stauffer
Stephen L. Baker, Esq.
Douglas N. Letter, Esq.
Bryan P. Collins, Esq.
M. Miller Baker, Esq.

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**JUN 0 9 2010**

**JAN HORBALY
CLERK**

s8